THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY STONE, | CV 08-4836 RC |
|     Plaintiff, | **JUDGMENT OF REMAND** |
|     v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

Pursuant to the parties' stipulation and Order of Remand, Judgment is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: February 19, 2009

                /S/ Rosalyn M. Chapman
                ROSALYN M. CHAPMAN
                UNITED STATES MAGISTRATE JUDGE